# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145174

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                            SC: 145174
                            COA: 303429

ROMAN ALCANTAR-MUNOZ,
           Oakland CC: 2010-233609-FC
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 10, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

d0827